# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 18-2840 |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., ) | **MOTION FOR ADMISSION,** *PRO HAC VICE*, **OF GLENN S. KERNER AS ADDITIONAL COUNSEL FOR PLAINTIFF** |
| *Defendants*. ) | |

Plaintiff American Oversight, by and through its undersigned counsel, Joseph F. Yenouskas, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Civil Rule 83.2(d), for the *pro hac vice* admission of Glenn S. Kerner, in the above-captioned case. Glenn S. Kerner is a member in good standing of the State Bars of New York and New Jersey, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the District of New Jersey, U.S. District Court for the Eastern District of New York, U.S. District Court for the Northern District of New York, U.S. District Court for the Southern District of New York, U.S. District Court for the Western District of New York, U.S. District Court for the Western District of Texas, and U.S. District Court for the Western District of Wisconsin. He is employed as an attorney with Goodwin Procter LLP located at 620 Eighth Avenue, New York, NY 10018. In support of this Motion, Mr. Kerner's declaration is filed herewith.

2

Dated:  December 4, 2018                                   Respectfully submitted,

*/s/ Joseph F. Yenouskas*
Joseph F. Yenouskas (D.C. Bar No. 414539)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4143
JYenouskas@goodwinlaw.com