# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE ET AL., )<br>)<br>*Defendants*. )<br>) | Case No. 18-2840<br><br>**DECLARATION OF GLENN S. KERNER IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

I, Glenn S. Kerner, declare:

1. I make this Application under Local Rule 83.2(d) to appear in this case *pro hac vice* on behalf of Plaintiff American Oversight. I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is Glenn Stuart Kerner.

3. I am a partner with the law firm Goodwin Procter LLP, located at:

    620 Eighth Avenue

    New York, NY 10018

    (212) 459-7460

4. I am an attorney in good standing and currently eligible and licensed to practice in the state of New York and New Jersey, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the District of New Jersey, U.S. District Court for the Eastern District of New York, U.S. District Court for the Northern District of New York, U.S. District Court for the Southern District of New York, U.S. District Court for the Western District of

New York, U.S. District Court for the Western District of Texas, and U.S. District Court for the Western District of Wisconsin.

  5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

  6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

  7. I do not currently have an application for membership pending before the District of Columbia Bar.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2018        Respectfully submitted,

                  */s/ Glenn S. Kerner*
                  Glenn S. Kerner
                  GOODWIN PROCTER LLP
                  620 Eighth Avenue
                  New York, NY 10018
                  (212) 459-7460
                  Gkerner@goodwinlaw.com