# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-02840 |
| U.S. DEPARTMENT OF JUSTICE ET AL., | ) ) ) | **MOTION FOR ADMISSION,** *PRO HAC VICE***, OF KIMBERLY PRIOR** |
| *Defendants*. | ) ) ) | **AS ADDITIONAL COUNSEL FOR PLAINTIFF** |

Plaintiff American Oversight, by and through its undersigned counsel, Joseph F. Yenouskas, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Civil Rule 83.2(d), for the *pro hac vice* admission of Kimberly Prior, in the above-captioned case. Kimberly Prior is a member in good standing of the State Bar of Massachusetts. She is employed as an attorney with Goodwin Procter LLP located at 100 Northern Avenue, Boston, MA 02210. In support of this Motion, Kimberly Prior's declaration is filed herewith.

Dated: December 11, 2018                    Respectfully submitted,

*/s/ Joseph F. Yenouskas*
Joseph F. Yenouskas (D.C. Bar No. 414539)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4143
JYenouskas@goodwinlaw.com