IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE ET AL., ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:18-cv-02840 <br><br> **DECLARATION OF KIMBERLY PRIOR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Kimberly Prior, declare:

1. I make this Application under Local Rule 83.2(d) to appear in this case *pro hac vice* on behalf of Plaintiff American Oversight. I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is Kimberly Prior.

3. I am an associate with the law firm Goodwin Procter LLP, located at:

   100 Northern Avenue

   Boston, MA 02210

   (617) 570-3907

4. I am an attorney in good standing and currently eligible and licensed to practice in the state of Massachusetts.

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7.      I do not currently have an application for membership pending before the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 11, 2018                              Respectfully submitted,

*/s/ Kimberly Prior*
Kimberly Prior
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-3907
KPrior@goodwinlaw.com