IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE ET AL., ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:18-cv-02840-RBW <br><br> **DECLARATION OF APRIL SUN IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

I, April Sun, declare:

1. I make this Application under Local Rule 83.2(d) to appear in this case *pro hac vice* on behalf of Plaintiff American Oversight. I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is April Sun.

3. I am an associate with the law firm Goodwin Procter LLP, located at:

    3 Embarcadero Center

    San Francisco, CA 94111

    (415) 733-6000

4. I am an attorney in good standing and currently eligible and licensed to practice in the state of California, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, and U.S. District Court for the Northern District of California.

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6. I have not been admitted *pro hac vice* before this Court at any time in the

past two years.

7. I do not currently have an application for membership pending before the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2018                                   Respectfully submitted,

                                                            */s/ April Sun*
                                                            April Sun
                                                            GOODWIN PROCTER LLP
                                                            3 Embarcadero Center
                                                            San Francisco, CA 94111-4003
                                                            (415) 733-6000
                                                            ASun@goodwinlaw.com